IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LANDON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:15-CV-43-WKW |
| | ) | |
| J. KEITH McCRAY, an individual, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LANDON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:15-CV-476-WKW |
| | ) | |
| DAVID M. WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On March 8, 2016, the Magistrate Judge filed a Recommendation (Doc. # 35) to which Defendant David M. Warren timely filed objections (Doc. # 36). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED that:

(1) Defendant's objections (Doc. # 36) are OVERRULED;

(2) The Recommendation (Doc. # 35) is ADOPTED;

(3) Defendant Warren's Motion to Dismiss (Doc. # 31) is DENIED in its entirety.

This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 18th day of May, 2016.

                                              /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE